IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON**                                               **PLAINTIFF**

NO. 4:20-cv-01493-LPR-ERE

**DALTON,** *et al.*                                                  **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.   Discussion**

Plaintiff David Lee Patterson, an inmate being held in Lincoln County Detention Center, filed this civil rights lawsuit on January 23, 2020, alleging that Defendants Nicole Rogers and Deputy Dalton opened his legal mail outside his presence. *Doc. 2.* On June 8, 2021, Defendants filed a motion to compel, explaining

that Plaintiff did not respond to their discovery requests propounded to Plaintiff on April 16, 2021. *Doc. 24*. On June 9, 2021, the Court granted Defendants' motion to compel and directed Plaintiff to respond to the discovery requests within thirty days or risk dismissal of this lawsuit. *Doc. 26*. On July 14, 2021, Defendants filed a Status Report, stating that Plaintiff has not complied with the Court's June 9th Order. *Doc. 27*.

Federal Rule of Civil Procedure 37(b)(2) provides, in pertinent part, that a court may dismiss an action if "a party . . . fails to obey an order to provide or permit discovery." To date, Plaintiff has failed to comply with the Court's June 9, 2021 Order, and the time for doing so has now passed. The Court has twice cautioned Plaintiff that under Local Rule 5.5(c)(2), his claims could be dismissed if he failed to comply with the Court's Order. *Docs. 3 & 26.*

### III.  Conclusion

The Court recommends that Plaintiff David Lee Patterson's claims be DISMISSED, without prejudice, pursuant to Federal Rule of Civil Procedure 37(b)(2) and Local Rule Local Rule 5.5(c)(2).

DATED this 20th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE