IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON**                                                                              **PLAINTIFF**

V.                              NO. 4:20-cv-01493-LPR-ERE

**DALTON, Deputy;**
**NICOLE ROGERS, Jail Administrator**                                  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Patterson's claims are DISMISSED, without prejudice, pursuant to Federal Rule of Civil Procedure 37(b)(2) and Local Rule Local Rule 5.5(c)(2). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 26th day of August, 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE